IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CIVIL ACTION NOS. 18-CV-4284 |
| RUBYE WHIPPLE, | : | 18-CV-4325 |
| | : | |

# ORDER

AND NOW, this 6th day of November, 2018, upon consideration of *pro se* Plaintiff Rubye Whipple's Motions for Leave to Proceed *In Forma Pauperis*, her Complaint in Civil Action No. 18-4284, and her Notice of Removal in Civil Action No. 18-4325, it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. The Complaint and Notice of Removal are **DEEMED** filed.

3. With respect to Civil Action No. 18-4325, Case No. 180602091 is **REMANDED** forthwith to the Court of Common Pleas for Philadelphia.

4. The Complaint in Civil Action No. 18-4284 is **DISMISSED** for the reasons stated in the Court's Memorandum. Whipple's federal claims pursuant to 42 U.S.C. § 1983 are **DISMISSED with prejudice**. Whipple's state law claims are **DISMISSED** for lack of subject matter jurisdiction. The dismissal of her state law claims is **without prejudice** to her right to pursue her claims in state court. Whipple may not file an amended complaint in this matter.

5. The Clerk of Court shall **CLOSE** these cases.

                                                         **BY THE COURT:**

                                                         **/s/ Mitchell S. Goldberg**

                                                         _____

                                                         **MITCHELL S. GOLDBERG, J.**